(V.D. 158)

Gene Miller
Atwood Imports, Inc., et al. v. United States

*Remand of protests 65/19576, etc.*

(Decided April 26, 1978)

*Glad & Tuttle (Robert Glenn White* of counsel) for the plaintiffs.
*Barbara Allen Babcock* Assistant Attorney General (*David M. Cohen,* Chief, Customs Section), for the defendant.

### Decision and Judgment

Ford, Judge: The protests involved herein, and as listed on the attached Schedule "A", are on remand to a single judge sitting in reappraisement, pursuant to 28 U.S.C. § 2636(d), in consequence of the decision in *Gene Miller, Atwood Imports, Inc., et al.* v. *United States,* 67 Cust. Ct. 50, C.D. 4249 (1971), for the purpose of determining the proper dutiable values of certain woodworking machines and accompanying electric motors, also as hereinafter identified. Against this background, this judge to whom the protests were remanded makes the following findings of fact and conclusions of law, as agreed to by stipulation of the parties:

### Findings of Fact

1. The merchandise covered by these protests consists of other woodworking machines which are not on the Final List (T.D. 54521) promulgated by the Secretary of the Treasury pursuant to the Customs Simplification Act of 1956, and accompanying electric motors which are on the Final List, (T.D. 54521) promulgated by the Secretary of the Treasury pursuant to the Customs Simplification Act of 1956.

2. On or about the date of exportation of the above-referenced woodworking machines, the price at which such or similar merchandise was freely sold or, in the absence of sales, offered for sale to all purchasers in the principal markets of the country of exportation, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus when not included in such price, the cost of all containers and coverings of whatever nature and all other expenses incidental to placing the merchandise in condition, packed ready for the shipment to the United States, was as follows:

| Protest No. | Entry No. | Machine(s) | Unit Price: (U.S. dollars) |
|---|---|---|---|
| 65/19576 | 55538 | (2) Multiple Rip-Saws, Model H–34 | $5,500.00 each |
| 65/19577 | 60411 | Schubert Hydraulic Press, Type HH 3.m | $1,680.00 |
| 65/19581 | 41054 | (6) Rye Type PD/3 Single Spindle Drilling Units | $ 147.16 each |
| | | (20) Rye Type PD/3 Twin Spindle Drilling Units | $ 222.95 each |
| 65/19585 | 34716 | Rye Type H/2 Single Spindle Slot Morticer | $1,514.00 |
| 65/19629 | 65472 | Ehemann Universal Edge Belt Sander | $1,188.00 |
| 65/19632 | 59908 | Wadkin Hydro-Electric Cross-cutting and Trenching Machine Model C.J.4 | $2,310.00 |
| | | Wadkin 18″ Tilting Arbor Dimension Saw | $ 975.00 |
| | | Bursgreen 12″ Surface Planer and Joiner, Model B.F.T. | $ 890.00 |
| | | Wadkin-Bursgreen 14″ Tilting Arbor Fixed Table Dimension Saw | $ 954.00 |

3. On or about the date of exportation of the above-referenced electric motors, the price at which such a similar merchandise was freely offered for sale to all purchasers in the principal markets of the country of exportation, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses

incidental to placing the merchandise in condition, packed ready for shipment to the United States, was as follows:

| Protest No. | Entry No. | (U.S. dollars) |
|---|---|---|
| 65/19576 | 55538 | Two 6.1 H.P. motors, $175.50 ea |
| | | Two 3 H.P. motors, $145.00 ea |
| 65/19577 | 60411 | One 1.5 H.P. motor, $41.00 |
| 65/19581 | 41054 | Six motors, $20.00 ea |
| | | Twenty motors, $21.50 ea |
| 65/19585 | 34716 | Two motors, $93.00 ea |
| 65/19629 | 65472 | One motor, $20.00 |
| 65/19632 | 59908 | Two motors, $19.00 ea |
| | | One motor, $10.00 |
| | | One motor, $15.00 |
| | | One motor, $9.00 |

### Conclusions of Law

1. Export value as defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining the value of the woodworking machines involved herein.

2. The correct export value for the above-referenced woodworking machines is the unit price, in United States dollars, as stated in paragraph 2 of the Findings of Fact.

3. Export value, as defined in section 402a(d), Tariff Act of 1930, is the proper basis of appraisement of the said electric motors, there being no other value higher than that value.

4. The correct export value for the above-referenced electric motors is as specified in paragraph 3 of the Findings of Fact herein, in U.S. dollars as stated therein.